ORIGINAL

FILED
SEP 2 1 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

CASE NO.

JEM TRANSPORT, INC.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

_________________________________/

JEM TRANSPORT'S 7.1 RULE STATEMENT

Plaintiff, JEM TRANSPORT, INC. ("JEM TRANSPORT"), a Florida Corporation, hereby files this Rule 7.1 Statement, as follows:

JEM TRANSPORT, INC. has no parent corporation and no publicly traded company owns more than 10% of its stock.

Respectfully Submitted,

ROBYN S. HANKINS, P.L.
Attorneys for Plaintiffs
4600 Military Trail, Suite 217
Jupiter, FL 33458
(561) 721-3890; (561) 721-3889 (fax)
robyn@hankins-law.net
www.hankins-law.net

By: ______________________
ROBYN S. HANKINS
FLORIDA BAR NO. 0008699