IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JEM TRANSPORT INC., Plaintiff, | ) | |
| v. | ) | No. 07-686C (Judge Bush) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 28 days, to and including December 21, 2007, within which to file its response to plaintiff's complaint. Defendant's response is now due to be filed on November 23, 2007. This is our first request for an enlargement of time for this purpose. Defendant has contacted plaintiff's counsel, who has indicated that plaintiff opposes this request.

A 28-day enlargement is needed to provide the defendant adequate time to properly respond to the complaint. Defendant has sent to the United States Postal Service ("USPS") a copy of the complaint with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520.[1] Additional time is needed for the USPS to gather and review any information necessary for preparation of the USPS's litigation report and suggested response to the complaint. Once the information gathering process is complete, the USPS will

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of the department," and that, "[w]ithin a reasonable time after receipt of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs." 28 U.S.C. § 520.

require time to prepare the requested litigation report and suggested response to the complaint, and to deliver to defendant's counsel the litigation report and suggested response to the complaint.

Counsel for the USPS has indicated to Government counsel that the USPS will have completed its litigation report by December 10, 2007 and will deliver it to the Department of Justice shortly thereafter. Once the litigation report is received, defendant's counsel will need sufficient time to review the litigation report and suggested response to the complaint, obtain any additional information or clarification from the USPS, and prepare and file the Government's response to the complaint, following mandatory supervisory review.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for a 28-day enlargement of time within which to file its response to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Mark Melnick
MARK MELNICK
Assistant Director

/s Courtney E. Sheehan
COURTNEY E. SHEEHAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-7573
Fax: (202) 514-8624

November 21, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 21st day of November, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Courtney E. Sheehan