# In the United States Court of Federal Claims

No. 07-686 C

(Filed November 27, 2007)

* * * * * * * * * * * * * * * * * *
JEM TRANSPORT, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * *

**ORDER**

On November 21, 2007, defendant filed an opposed Motion for Enlargement of Time of twenty-eight days, to and including December 21, 2007, within which to file defendant's response to plaintiff's complaint. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge