IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JEM TRANSPORT INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-686C |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 14 days, to and including January 4, 2008, within which to file its response to plaintiff's complaint. Defendant's response is now due to be filed on December 21, 2007. This is our second request for an enlargement of time for this purpose. A previous enlargement of 28 days has been granted by the Court. Defendant has contacted plaintiff's counsel, who has indicated that plaintiff does not oppose this request.

A 14-day enlargement is needed to provide the defendant adequate time to properly respond to the complaint. Defendant has sent to the United States Postal Service ("USPS") a copy of the complaint with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520.[1] The USPS has been working diligently in obtaining the necessary documents, including traveling to Memphis, Tennessee to meet with the contracting

---

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of the department," and that, "[w]ithin a reasonable time after receipt of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs." 28 U.S.C. § 520.

officer. However, additional time has been needed for the USPS to obtain the relevant documents due to the contracting officer's travel schedule and the fact that certain documents were no longer maintained in the Memphis office requiring USPS to obtain them from their offices in West Palm Beach, Florida. Having now obtained the documents, additional time has been further needed to review the information to prepare the litigation report and provide it, along with the relevant documents, to Government counsel.

Counsel for the USPS has indicated to Government counsel that it will have completed its litigation report and suggested response by December 14, 2007. Once the litigation report and relevant documents have been received, defendant's counsel needs sufficient time to review the litigation report and suggested response to the complaint, obtain any additional information or clarification from the USPS, and prepare and file the Government's response to the complaint, following mandatory supervisory review. Because undersigned counsel is scheduled to appear before the United States Court of International Trade during the week of December 17, 2007 for trial in the case of United States v. UPS Customhouse Brokerage, Inc., Case No. 04-00650, additional time is needed to adequately review the litigation report and relevant documents to prepare the Government's response to the complaint.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for a 14-day enlargement of time within which to file its response to plaintiff's complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Mark Melnick
MARK MELNICK
Assistant Director

/s Courtney E. Sheehan
COURTNEY E. SHEEHAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-7573
Fax: (202) 514-8624

December 17, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 17th day of December, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Courtney E. Sheehan