# In the United States Court of Federal Claims

No. 07-686 C

(Filed December 20, 2007)

* * * * * * * * * * * * * * * * * *
JEM TRANSPORT, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * *

**ORDER**

On December 17, 2007, defendant filed an unopposed Motion for Enlargement of Time of fourteen days, to and including January 4, 2008, within which to file defendant's response to plaintiff's complaint. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge