# In the United States Court of Federal Claims

No. 07-686 C

(Filed January 23, 2008)

* * * * * * * * * * * * * * * * * *
JEM TRANSPORT, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * *

**ORDER**

On January 14, 2008, the Clerk's Office received an electronically filed Motion to Enlarge Time of twenty days, to and including February 5, 2008, within in which to file plaintiff's answer and affirmative defenses to defendant's counterclaim. Plaintiff's counsel attempted to contact defendant's counsel to ascertain defendant's position on the subject motion, however, defendant's counsel was unavailable.

Upon review of plaintiff's motion the court notes that plaintiff's attorney of record did not sign the motion, pursuant to RCFC 11(a), and Appendix E, ¶ 19. Appendix E, ¶ 19(c) allows the court to strike plaintiff's motion for noncompliance of the court's signature rules. Since, however, plaintiff's motion was filed electronically, it is clear to the court that plaintiff's counsel is the individual that submitted the motion for filing through the court's electronic case filing system. Therefore, in the interest of promoting judicial efficiency, the court shall allow plaintiff's motion to remain on the docket.

On September 21, 2007, plaintiff filed its complaint in the subject matter. On January 4, 2008, defendant filed its answer and counterclaim to plaintiff's complaint. Plaintiff's response to defendant's counterclaim is due to be filed by

January 28, 2008. Currently before the court is plaintiff's motion for enlargement of time of twenty days, to and including February 5, 2008, to file its response to defendant's counterclaim. Since it is unclear to the court as to the exact amount of time plaintiff is seeking for an enlargement of time, i.e., February 5, 2008 or twenty days from the actual due date of January 28, 2008, the court shall assume the latter.

Accordingly, it is hereby **ORDERED** that plaintiff's motion for enlargement, filed January 14, 2008, shall be **GRANTED**; and, plaintiff's **response** to defendant's counterclaim shall be filed on or before **February 19, 2008**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge