IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

CASE NO. 07-686C (Judge Bush)

JEM TRANSPORT, INC.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.
_________________________________/

JEM TRANSPORT, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIM

Plaintiff, JEM TRANSPORT, INC. ("JEM TRANSPORT"), a Florida Corporation, hereby files this answer and affirmative defenses to the Counterclaim filed by the UNITED STATES OF AMERICA (hereinafter the "Post Office"), and states as follows:

15. Admitted that The Post Office seeks such relief, denied that it is so entitled.
16. Admitted.
17. Admitted.
18. Admitted that this paragraph paraphrases some of the requirements of the contract.
19. Admitted that the contract contains the cited language.
20. Admitted that the cited language is incorporated into the contract.
21. Admitted.
22. Admitted.

23. Admitted.
24. Denied.
25. Admitted that such conversations occurred; denied as to their accuracy.
26. Admitted that such letter was sent; denied as to its accuracy.
27. Admitted that the contract was terminated; denied that it was for failure to perform.
28. Denied.
29. Admitted that Postal Carrier Corporation was awarded the contract. Without knowledge and therefore denied as to remainder.
30. Without knowledge and therefore denied.
31. Denied.
32. Denied.
33. Denied.

Affirmative Defenses:

1. To the extent the amount in the counterclaim is owed, it has already been paid. Thus, the counterclaim is moot.
2. Other contractors had similar performance issues but their contracts were not terminated.
3. JEM Transport reserves the right to amend its defenses after the conduct of discovery.

Respectfully Submitted,

HANKINS & ATOR, P.L.
Attorneys for Plaintiffs
4600 Military Trail, Suite 217
Jupiter, FL 33458
(561) 721-3890; (561) 721-3889 (fax)
rsh@hankinsator.com
www.hankinsator.com

By: ______________________________
ROBYN S. HANKINS
FLORIDA BAR NO. 0008699

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 22, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

______________________________
ROBYN S. HANKINS