# In the United States Court of Federal Claims

No. 07-686 C

(Filed February 26, 2008)

* * * * * * * * * * * * * * * * * *
JEM TRANSPORT, INC., *
*
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * *

## ORDER

On February 22, 2008, plaintiff's counsel electronically filed its Answer and Affirmative Defenses to defendant's Counterclaim. The court notes that plaintiff's filing was filed out of time, having been due on February 19, 2008. Additionally, plaintiff's filing was not signed, pursuant to Appendix E, ¶ 19 of the rules of the court. The matter was referred to the undersigned for a ruling.

Accordingly, it is hereby **ORDERED** that plaintiff's Answer and Affirmative Defenses to Counterclaim shall be **FILED** as of the date it was submitted, February 22, 2008. However, the court places plaintiff on notice that such deficiencies in future filings may result in the court not accepting the filing. The parties' **Joint Preliminary Status Report** shall be filed on or before **April 17, 2008**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge