# In the United States Court of Federal Claims

No. 07-686 C

(Filed April 28, 2008)

* * * * * * * * * * * * * * * * * *
JEM TRANSPORT, INC., *
*
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * *

**PRELIMINARY SCHEDULING ORDER**

On April 17, 2008, pursuant to Appendix A, ¶ 4 of the Rules of the United States Court of Federal Claims (RCFC) filed their joint preliminary status report (JPSR). Therein, the parties reported to the court that they anticipate that this case will go forward to litigation. In that regard, counsel for the respective parties request that the parties be permitted to engage in discovery in order to determine if filing a dispositive motion is appropriate in lieu of or in addition to trial. Additionally, counsel for the respective parties request that the parties be permitted to engage in discovery while they concurrently continue to explore settlement.

Upon an examination of the pleadings and the JPSR, pursuant to RCFC 16(b), it is hereby **ORDERED** that the parties' proposed schedule is **GRANTED**, as follows:

(1) Initial Disclosures, pursuant to RCFC 26(a), shall be exchanged between the parties on or before **July 14, 2008**.

(2) Discovery shall be **COMPLETED** by or before **November 17, 2008**.

(3) Dispositive Motions shall be **FILED** on or before **January 26, 2009**.[1]

/s/Lynn J. Bush
LYNN J. BUSH
Judge

[1]/ Additionally, the parties' JPSR suggested an available date of March 30, 2009 for trial. The court finds it premature to set a date for trial at this time.